**ALAN S. FUTERFAS**

ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR

NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B RESNICK
MATTHEW C MCCANN
RICHARD F BRUECKNER

BETTINA SCHEIN
OF COUNSEL

asfuterfas@futerfaslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/17

**MEMO ENDORSED**

*The conference is NOT cancelled* 11/29/17

*Colleen McMahon*

November 29, 2017

Via ECF and Facsimile
Hon. Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

*United States v. Michael Wright*, 17 Cr. 680 (CM)

Dear Chief Judge McMahon:

By this letter, undersigned counsel respectfully advises of this firm's appearance in the above-captioned matter as counsel on behalf of Michael Wright. Attached is the Notice of Appearance form we filed this morning with the Clerk of the Court, as well as a fully executed Substitution of Counsel stipulation.

Mr. Wright and this firm is aware of the pending applications and motions regarding his counsel and thus have brought our appearance in this matter to Your Honor's attention as soon as possible. With the attached appearance and substitution stipulation, it may be that the appearance scheduled for tomorrow is no longer necessary.

Respectfully yours,

Alan S. Futerfas

cc:   Elisha Kobre/Brendan Quigley, AUSA's
      Jonathan M. Davidoff, Esq.
      Derrelle M. Janey, Esq.
      Robert C. Gottlieb, Esq.