UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>CRAIG CARTON and MICHAEL WRIGHT,<br><br>                                    Defendants. | Case No. 17 Cr. 680 (CM)<br><br>**ORAL ARGUMENT**<br>**REQUESTED** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that defendant CRAIG CARTON, by and through his undersigned attorneys, GOTTLIEB & JANEY, LLP, upon the annexed affirmation of Derrelle M. Janey, attorney for the defendant, duly sworn to on the 18th day of May, 2018; all exhibits attached thereto; the accompanying Memorandum of Law; and the prior proceedings herein, hereby submits this Notice of Motion to Dismiss Count Three of the Indictment (Securities Fraud) for Failure to State an Offense, pursuant to Federal Rules of Criminal Procedure Rule 7(c) and Rule 12(b)(3)(B), as well as the Fifth Amendment of the United States Constitution.

Dated: New York, New York
        May 18, 2018

                                                Respectfully submitted,

                                                _____
                                                Robert C. Gottlieb
                                                Derrelle M. Janey
                                                Seth J. Zuckerman

                                                GOTTLIEB AND JANEY, LLP
                                                111 Broadway, Suite 701
                                                New York, NY 10006
                                                (212) 566-7766

                                                *Attorneys for Defendant*
                                                CRAIG CARTON