USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/19

**ALAN S. FUTERFAS**
ATTORNEY AT LAW
565 FIFTH AVENUE, 7TH FLOOR
NEW YORK, NEW YORK 10017
(212) 684 8400

MEMO ENDORSED

ELLEN B RESNICK
RICHARD F BRUECKNER

asfuterfas@futerfaslaw.com

BETTINA SCHEIN
OF COUNSEL

January 31, 2019

2/1/19
Sentencing adj to
February 25, 2019
at 11:30 AM.
*[signed] Colleen McMahon*

Via ECF
Hon. Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

*United States v. Michael Wright*, 17 Cr. 680 (CM)

Dear Chief Judge McMahon:

This letter respectfully requests that the sentence date for Mr. Wright, currently scheduled for February 14, 2019, be adjourned to Monday, February 25, 2019 at 11:30 am. The reason for this request is that we are still receiving letters on behalf of Mr. Wright and will need the extra time to complete his sentencing submission for this Court. The government has no objection to this request.

Respectfully yours,

Alan S. Futerfas

cc:   Elisha Kobre, Esq.
      Brendan Quigley, Esq.
      Kisha Singleton, USPO