# ALAN S. FUTERFAS

ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR

NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B. RESNICK
RICHARD F. BRUECKNER

BETTINA SCHEIN
OF COUNSEL

asfuterfas@futerfaslaw.com

May 24, 2019

**VIA ECF**
Honorable Colleen McMahon
Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Michael Wright,* 17 Cr. 680 (CM)

Dear Chief Judge McMahon:

This letter is written to respectfully request that Mr. Wright's surrender date be postponed from June 10, 2019 to July 15, 2019. This request is made so that he can attend his son's graduation on June 27, 2019 and to settle some outstanding business matters. The government has advised that it has no objection to this request.

Thank you for your consideration of this letter.

Respectfully yours,

Alan S. Futerfas

cc: Brendan Quigley, AUSA
    Elisha Kobre, AUSA