

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 31, 2019

**BY ECF**
Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States* v. *Michael Wright*, 17 Cr. 680 (CM)

Dear Chief Judge McMahon:

      The Government respectfully requests, with the consent of defense counsel, that the Court enter the attached restitution order in connection with the sentencing of defendant Michael Wright, which occurred on March 7, 2019. At sentencing, pursuant to 18 U.S.C. § 3664(d)(5), the Court deferred imposition of restitution until June 6, 2019. The parties have conferred, agree upon, and respectfully request that the Court enter the proposed enclosed Order.[1]

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney

                    By:   /s/
                       Elisha J. Kobre/Brendan F. Quigley
                       Assistant United States Attorneys
                       (212) 637-2599 / 2190

cc: Alan Futerfas, Esq.

---

[1] Per paragraph 3 of the attached proposed order, the Government respectfully requests that the Schedule of Victims be filed under seal except for the purposes set forth in the proposed order. Accordingly, the Government will submit, contemporaneously with this public filing, under seal, the proposed Schedule of Victims.