UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br> v.<br><br>CRAIG CARTON AND MICHAEL WRIGHT,<br><br>         Defendants. | DECLARATION IN FURTHER SUPPORT<br><br>Case No. 17 Cr. 680 (CM) |

   DERRELLE M. JANEY, an attorney duly admitted to practice law in the State of New York and the Southern District of New York, hereby declares under penalties of perjury as follows:

   1.  I am principal of The Janey Law Firm P.C., attorneys for the defendant, Craig Carton, and as such I am fully familiar with the facts and circumstances of this case.

   2.  I submit this declaration in further support of Mr. Carton's Motion to Enforce the Terms of the Protective Order, filed at ECF No. 216.

   3.  Attached hereto as **Exhibit A** is a true and correct copy of the Second Amended Complaint, which is the operative complaint, in *Marc Adler, et al. v. Advance Entertainment, LLC, et al.*, Index No. 154462/2017 (N.Y. Sup. Ct.) (hereinafter the "State Court Case").

   4.  Attached hereto as **Exhibit B** is a true and correct copy of the Honorable David Cohen's Decision and Order in the State Court Case dated September 20, 2018, granting in part and denying in part defendant David Molner's motion to dismiss.

   5.  All of the facts and arguments in further support of Mr. Carton's motion are found in the attached memorandum of law.

Dated: New York, New York
       March 15, 2023

<u>/s/Derrelle M. Janey</u>
Derrelle M. Janey, Esq.

The Janey Law Firm, P.C.
111 Broadway, Suite 701
New York, NY 10006
(646) 289-5276
*Attorney for the Defendant*
*Craig Carton*
